UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN, Yuguang
_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

New York City
Police Headquarter of New York City
Dening Zhu, M.D.
_____

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

Amended

COMPLAINT

Jury Trial: ☑ Yes   ☐ No
(check one)

14 - CV - 5775

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/14

I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name  LIN, Yuguang
              Street Address  108 Eldridge Street, Apt 3
              County, City  New York, NY 10002
              State & Zip Code  New York, NY 10002
              Telephone Number  646-623-5356

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name  New York City
                    Street Address  _____

Rev. 05/2010

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2   Name __Police Headquarter of New York City__
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3   Name __Dening Zhu, M.D.__
Street Address __185 Canal Street, #305__
County, City __New York__
State & Zip Code __New York, 10013__
Telephone Number _____

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Please read my statement.__

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

III.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? *please read my statement*

B. What date and approximate time did the events giving rise to your claim(s) occur? *please read my statement*

C. Facts: *please read my statement*

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *please read my statement*

*Rev. 05/2010*

V.     **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.  *please read my statement*

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 30 day of July, 20 14

Signature of Plaintiff _____

Mailing Address  108 Eldridge Street #3
                 New York, NY 10002

Telephone Number  646-623-5356

Fax Number (if you have one)  N/A

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 30 day of July, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number  _____

*Rev. 05/2010*

The Honorable Judge, members of the Jury:

Since the end of 2010, I found that I was poisoned (radiation poison) by others. I realize that I experience significant changes in my overall health for the past two years, which are proof that I was harmed by radiation elements. I lost about 30 lbs at least. My body skins developed many tumors, suggesting cancers. There were bleeding when I brushed my teeth, as well as changes of the bone shapes in my foot, accompanied by feeling of swelling and pains. The toes appeared to be deteriorating and changing color. I can feel a laceration on the top of my head. The DNA in my body is destroyed. I looked 10 older than my normal age. I feel weak and senile, which symptoms were consistent with what the encyclopedia said about my illness.

for the past three years on a 24 hour basis. I was followed, chased and monitored, and photographed by cell phone. Many vehicles were used to follow me, as well as the use of many government resource for this purpose. The people who accompanied me were warned not to help me. I know no English, and speak only Chinese. They used all kinds of measures to madly harm me.

Between 2011 and 2013, I called 911 more than once. The police only came and did not do anything. I also suffered from language discrimination.

I called 311 several times after September 2013. No one ever came to investigate my condition. I kept records of my 311 calling.

Between 2012 and 2013, my family doctor conducted most physical examination of me. The result shows everything normal. This is false result. They cheated me, causing me to miss time for treatment. I told my family doctor that I was likely subject to harm of radiation elements. But the doctor did not listen to me, resulting in great harm to my health.

I have lawfully resided in the United States for about twelve years and eight months. I also paid my taxes for the past 12 years. In the past three years, between 2011 and 2013, however, I suffered a number of injustice and grievances. The terrible and barbarous treatments that I received have not been redressed despite of my persistent complaints. My body and mental well beings suffered and deteriorated greatly as a result. As an intelligent person who has a rich living experiences, it is a shock to one's conscience to articulate all the pains and suffering I endured.

The Honorable Judge, members of the Jury:

My account concerning the police brutality and how they sent me to mental institution facility for confinement after I reported to the captain of the 5th Precinct.

I would like to recount to you my past experiences, including all the events that caused my grievances. I entered the United States lawfully in April 2001, and resided at 9 Doyers St., New York, NY 10013, which was in the Chinatown area in New York City. It was a four floor apartment building. I moved from the third floor to the second floor in August 2003, to apartment 2A in the second floor, which was a studio. The landlord lived in this room for many years in the past. There were three rooms in the second floor. The other two apartments were also rented..

Sometime in 2007 I discovered certain private materials belonging to the landlord in my room, including several nude pictures of the landlord and his second wife, gold rings and a number of jewels. I generally never talked to the landlord in the past. I paid my rent by depositing the money into bank. To avoid the loss of these materials, I placed them into a medium sized safe deposit box in the bank that I ordered from the bank.

Between 2009 and 2010, the landlord gradually requested all tenants on the fourth, third and then second floor of the building to move out. I lived at the second floor in September 2010. I planned to move out by the end of the year to live in a new place at 50 Bayard St. Before I moved out, I told the landlord's sister and her husband about the things that I found in my room related to the landlord. The landlord did not talk with me afterward. But he started to follow me up on a 24 hour basis. When I first started to live at Bayard Street, I felt pains, numbness and soreness on my body. I installed protection materials in my room, and also called 911. On February 15, 2011, I wrote a complaint letter to the commissioner of the 5th precinct. On the noon on the second day, two social workers came to my room, followed by several police officers. They handcuffed me and sent me to the hospital, and in the evening I was committed to the mental disease department for hospitalization. Several days later, I told the whole truth to the doctor. Otherwise others may believe that I stole the property of other people, but I already told the landlord what happened. The doctor was much surprised at what I said. They let me be discharged from hospital on the second day. Soon after I returned home, the landlord called me. I told the landlord that the staff was kept in China, and I would have my daughter return them to you. I arranged my daughter to return to the U.S.. On July 13, 2011, at 62 Mott Street in Chinatown, NY, I returned all materials to the landlord. There were friends present to be witnesses. I spent about $1000.00 for use of the safe box in the bank The landlord, though a wealth real estate developer, did not give me a penny.

In March, April and May of 2012, I came to complaint at the community meetings held by the Fifth precinct. The new captains were present for both times. No one solved my problem.

I turned to the United States on October 8, 2011, and lived at my present address. Afterward I felt uncomfortable all over my body. A feeling of pains and soreness, or

numbness alternatively tortured me. I bought some materials for protections, but to no avail. In the police-community meeting in March 2012, I asked the interpreter to interpret my complaints orally. I alleged that on March 1, 2012, I felt very painful, and could only sit on bed. In the late night, I was awaken by a strong pains. I realized that my butt area became very swelling, very similar to burned injuries, and resulted from radiation from the floor below. The heater room was underneath my floor. I took several pictures and showed them to captain Gerard Dowling of the fifth precinct. I also visited my family doctor for treatment, who prescribed medicine for me. I also spent $300 to order a souvenir plate for presentment to the captain of the fifth precinct. But my health problem remained. After a while, at night I realized that my pennies area became swollen again, very similar to burned injuries. It became very difficult for me to urinate. I used the medication used to treat the prior injury. It took several days for me to recover, however.

Beginning September 2012, my daughter lived with me was forced to move away. We discovered that unknown gas or ashes were instilled into my room, causing breath difficulty, so that we had to frequently replace anti-poison mask. I had to wear a N95 mask twenty four hours a day. The mask I wear now is double layered, containing a moisture tissue. The used masks which I still kept is about 100 in number, even though many of them have been thrown away by us. One can discern the truth from the masks.

I could only sit or lie on bed every day. It is extremely hot in summer. I am sweating all the time. If mixed with the ashes in the air, my underwear would be so attached to my skin that when I tried to pull of my underwear it was truly painful. Moreover, I saw cracks on the walls in my room. Wet humid gas were put into my room. Because of humidity, many of my belongings and my diaries became rotten, and the walls looked bad.

My room was under the monitoring by all the rooms adjacent to my apartment, from every direction. They used devices that can transcend the wall. Moreover, the unit that I live was divided into four small rooms. They used monitoring and harmful devices in these rooms to monitor me in the three rooms on a twenty four hour basis.

The second-hand landlord living in the first room 1 in the same unit always tried to insult and verbally abuse me. He kicked and destroyed the door of my room on numerous occasions. I have to fix the door using iron cord and glued tapes. Sometime ago, he even came into my room to beat me, scratching my ear. I called the police, but the police did not impose any penalties on his behavior. Several months earlier, he even refused to accept my rent. My first year's rent is $550 per month, and the second year's rent is $570 per month. He tried to force me to move out, The case is still pending in court.

My apartment building is located at 108 Eldridge St., New York, NY 10002. I live in Apt. #3. The apartment #4 also contains monitoring and related devices to deal with me. The two apartments were adjacent My bed is near the wall, and there are many cracks on the wall. The Apt. #7 located on the floor above me also used strong device to handle me. I often felt headache and other bad and usual feeling on my head. I felt that

there is a laceration on the top part of my head. After I moved in, there was a renovation work in the kitchen and the water tank upstairs. I soon realized that the towels I used would soon become rotten, so is my underwear. My skin also felt uncomfortable using the water. Whenever I used water, someone would let all the remaining water to run away, and kept doing cleaning work. I still kept sample of the water. I now use bottled spring water all the time.

On May 13, 2013, the police sued me at the New York Supreme Court at 60 Centre Street under the name of my daughter. The Judge asked my daughter questions, but she cannot answer much. Her forms were filled by others. My daughter's English is poor. She spent two year in Manhattan Community College. She was forced to leave at last, in order that all gas and aches can be released into my room without hindrance. In the morning at about 10 am, several police and officers handcuffed me and brought me to the court. My appointed lawyer inquired the Judge as to the reason for my being locked for several hours. Later the Judge apologized to me. The Judge said that I only need to do a physical examination. I cannot help wandering why they treated me as a criminal. They can notify me by other means, or left the message to my daughter. The fact that they treated me in a barbarous manner ran afoul to any notion of human rights.

In the evening of August 2013, one undercover agent of NYPD forcibly kicked my door, and pointed my head with gun. I stood outside of my room, and did not wear my outwear. Two other police were present. They did not say anything. They all left soon. I did not understand why.

They used special devices, including laser machine, that destroyed following machines at my room: four computers, two cell phones, one inkjet printers, 2 phones, two phone message recording machines, one camera. The cell phone I use is placed into the pocket closely attached to my body. I carried other electronic device on my body. I carried them even at time of my rest. The computer I bought in April 2014 was hit by laser on May 30, and many keyboards were not functioning. It is really scary.

They also constantly monitor and undermine the proper communication quality of my two cell phones. The phone number of my company which I used for more than ten years to keep in touch with my customers could not properly work between August and September 2013. The customers cannot keep in touch with me. Some machines of the customers were malfunctioning. Moreover, some customers were thwarted from contacting me. One of the customer told me that after I came to the customer's company, on the second day the police would look for them, which scared my customers. The reputation and credit the company accumulated for more then ten years were completely destroyed.

My home phone lines were also subject to willful disturbances. In November 2013, I could not have any signal at all, so is my wireless internet connection. My internet activity is under control and manipulation. The condition remained so even today. A while ago the repair person of my telephone company came to repair. But as

soon as he left, my phone and internet are again not working. What kind of gangster activities is this.

My food and digestion were under constant monitoring. Every time I eat, I would be subject to radiation. I felt stomach pain, and have to go to the bathroom to let go everything, including drinks and water that I consumed. My belly is protected by me twenty four hours a day. I realize that I have a serious illness now, as I lose my weight gradually. But they kept my medical condition from being disclosed.

I am at least fifty years old. I admire God, and respect the law. I love America. I abide the law. I engaged in the serve of selling printer inks and repairing printers. I maintained good credits. But I am under strict monitoring I have to take legal actions to sue related departments of the government. I hope I can receive your help and support. Thanks.

In God We Trust.

Situation door damage

yuguang Lin
Appellant



Exposure Cracked Wall

Yuguang Lin
Appellant



By radiation swelling ass

yugubang Lin
Appellant




moldy wall

yuguang Zin
Appellant



Lesions toenails

Yuguang Lin
Appellant





parts of the foot bones

yuguang Lin
Appellant





Damage electronic equipment
yuguang Lin
Appellant





yuguangLin
Appellant

① Anti-poison prspiratir



② moldy ponts





# BioReference LABORATORIES

**FINAL REPORT**

| DOCTOR | PATIENT | SAMPLE |
|---|---|---|
| ZHU, DENING<br>C1475 - DENING ZHU M.D.<br>185 CANAL STREET #305,<br>NEW YORK, NY 10013<br>Acct #: (C1475)           19<br>P: 212-966-8286 | LIN, YUGUANG<br>DOB:  06/18/1958   Age: 54 Yrs<br>Sex:   M<br>Medical Record:<br>Prac. Pat ID:  1001784875<br>Address: 2D     180 ELDRIDGE S,<br>           NEW YORK, NY 10002<br>P: (212)226-7831 | Specimen ID: 104886233<br>Date Of Report: 05/20/2013 11:50<br>Date Collected: 05/15/2013 11:09<br>Date Received:  05/15/2013 23:12 |

Notes: PATIENT FASTING

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | | | |
|---|---|---|---|---|---|
| Potassium | 3.2 LO | Calcium | 8.5 LO | Bilirubin, Total | 1.2 HI |
| Cholesterol | 251 HI | LDL/HDL Ratio | 4.11 HI | LDL Cholesterol | 185 HI |
| Character | CLOUDY * | | | | |
| TSH | 6.370 HI | 25OH, VITAMIN D | 6.7 LO | | |

-------* CHEMISTRY *--------

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| Total Protein | 6.5 | | 5.9-8.4 | g/dL | | |
| Albumin | 4.5 | | 3.5-5.2 | g/dL | | |
| Globulin | 2.0 | | 1.7-3.7 | g/dL | | |
| A/G Ratio | 2.3 | | 1.1-2.9 | | | |
| Glucose | 93 | | 70-99 | mg/dL | | |
| Sodium | 138 | | 133-145 | mmol/L | | |
| Potassium | | 3.2 LO | 3.3-5.3 | mmol/L | | |
| Chloride | 96 | | 96-108 | mmol/L | | |
| CO2 | 25 | | 22-29 | mmol/L | | |
| BUN | 10 | | 6-20 | mg/dL | | |
| Creatinine | 0.97 | | 0.90-1.30 | mg/dL | | |
| e-GFR | 81 | | >60 | mL/min | | |
| e-GFR, African American | 98 | | >60 | mL/min | | |
| BUN/Creat Ratio | 10.3 | | 10.0-28.0 | | | |
| Calcium | | 8.5 LO | 8.6-10.2 | mg/dL | | |
| Uric Acid | 5.3 | | 3.4-8.5 | mg/dL | | |

NOTE: New reference ranges for Uric Acid effective 11/26/12.

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| Iron | 93 | | 45-160 | ug/dL | | |
| Bilirubin, Total | | 1.2 HI | 0.1-1.0 | mg/dL | | |
| LD | 216 | | 135-225 | U/L | | |
| Alk Phos | 97 | | 40-156 | U/L | | |

NOTE: New reference ranges for Alkaline Phosphatase effective

*yuguang Lin*
*Appellant*



**BioReference LABORATORIES**

FINAL REPORT

**DOCTOR**
ZHU, DENING
C1475 - DENING ZHU M.D.
185 CANAL STREET #305,
NEW YORK, NY 10013
Acct #: (C1475)    19
P: 212-966-8286

**PATIENT**
LIN, YUGUANG
DOB:    06/18/1958    Age: 54 Yrs
Sex:    M
Medical Record:
Prac. Pat ID:  1001784875
Address: 2D    180 ELDRIDGE S,
         NEW YORK, NY 10002
P: (212)226-7831

**SAMPLE**
Specimen ID: 104886233
Date Of Report: 05/20/2013 11:50
Date Collected: 05/15/2013 11:09
Date Received: 05/15/2013 23:12

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| 11/26/12. | | | | | | |
| AST | 16 | | <40 | U/L | | |
| PHOSPHORUS | 4.1 | | 2.7-4.5 | mg/dL | | |
| ALT | 11 | | <41 | U/L | | |
| GGTP | 11 | | 10-71 | U/L | | |
| -* CARDIOVASCULAR/LIPIDS *-- | | | | | | |
| Cholesterol | | 251 HI | <200 | mg/dL | | |
| Triglycerides | 104 | | <150 | mg/dL | | |
| HDL CHOL., DIRECT | 45 | | >40 | | | |
| HDL as % of Cholesterol | 18 | | >14 | % | | |
| Evaluation: AVERAGE RISK | | | | | | |
| Chol/HDL Ratio | 5.6 | | <7.4 | | | |
| Evaluation: AVERAGE RISK | | | | | | |
| LDL/HDL Ratio | | 4.11 HI | <3.56 | | | |
| LDL Cholesterol | | 185 HI | <100 | mg/dL | | |
| VLDL, CALCULATED | 21 | | 7-32 | mg/dL | | |
| ------* HEMATOLOGY *-------- | | | | | | |
| WBC | 10.60 | | 3.40-11.80 | x10(3)/uL | | |
| RBC | 4.61 | | 4.20-5.90 | x10(6)/uL | | |
| HGB | 15.3 | | 12.3-17.0 | gm/dL | | |
| HCT | 46.0 | | 39.3-52.5 | % | | |
| MCV | 99.8 | | 80.0-100.0 | fL | | |
| MCH | 33.2 | | 25.0-34.1 | pg | | |
| MCHC | 33.3 | | 29.0-35.0 | gm/dL | | |
| RDW | 13.0 | | 10.9-16.9 | % | | |
| POLYS | 50.5 | | 36.0-78.0 | % | | |
| LYMPHS | 38.2 | | 12.0-48.0 | % | | |
| MONOS | 8.5 | | 0.0-13.0 | % | | |
| EOS | 2.2 | | 0.0-8.0 | % | | |
| BASOS | 0.3 | | 0.0-2.0 | % | | |
| IMMATURE GRANULOCYTES | 0.3 | | 0.0-1.6 | % | | |
| Platelet Count | 294 | | 144-400 | x10(3)/uL | | |

BioReference Laboratories, Inc.
481 Edward H.Ross Drive | Elmwood Park, NJ 07407 | (800) 229-5227

James Weisberger, M.D.
Laboratory Director

Page 2 of 3
Printed 05/20/2013 12:02



**BioReference LABORATORIES**

**FINAL REPORT**

| DOCTOR | PATIENT | SAMPLE |
|---|---|---|
| ZHU, DENING<br>C1475 - DENING ZHU M.D.<br>185 CANAL STREET #305,<br>NEW YORK, NY 10013<br>Acct #: (C1475)     19<br>P: 212-966-8286 | LIN, YUGUANG<br>DOB:  06/18/1958   Age: 54 Yrs<br>Sex:  M<br>Medical Record:<br>Prac. Pat ID: 1001784875<br>Address: 2D   180 ELDRIDGE S,<br>         NEW YORK, NY 10002<br>P: (212)226-7831 | Specimen ID: 104886233<br>Date Of Report: 05/20/2013 11:50<br>Date Collected: 05/15/2013 11:09<br>Date Received: 05/15/2013 23:12 |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| MPV | 9.9 | | 8.2-11.9 | fL | | |
| ------* URINALYSIS *-------- | | | | | | |
| Color | DK YELLOW | | YELLOW, STRAW, AMBER | | | |
| Character | | CLOUDY * | CLEAR | | | |
| Specific Gravity URN | 1.018 | | 1.003 - 1.030 | | | |
| pH Urine | 5.5 | | 5.0 - 8.0 | | | |
| Protein, Urine | NEGATIVE | | NEGATIVE | | | |
| Glucose, Urine | NEGATIVE | | NEGATIVE | | | |
| Ketone, Urine | NEGATIVE | | NEGATIVE | | | |
| Urobilinogen Urine | 0.2 | | 0.2 - 1.0 | Units | | |
| Bilirubin, Urine | NEGATIVE | | NEGATIVE | | | |
| Blood, Urine | NEGATIVE | | NEGATIVE | | | |
| Nitrites Urine | NEGATIVE | | NEGATIVE | | | |
| Leukocyte Esterase | NEGATIVE | | NEGATIVE | | | |
| Crystals Urine | NONE | | NONE | | | |
| Crystal Amt. Urine | NONE | | NONE | | | |
| WBC, Urine | 0-4 | | 0-4 | PER HPF | | |
| RBC, Urine | NONE SEEN | | NONE SEEN | PER HPF | | |
| Epithelial Cells, Ur | NONE | | FEW | | | |
| Cast, Hyaline, Urine | 0-4 | | 0-4 | PER LPF | | |
| Cast, Granular, Urin | NONE SEEN | | 0-1 | PER LPF | | |
| Cast, RBC, Urine | NONE SEEN | | 0-1 | PER LPF | | |
| Bacteria, Urine | NONE | | FEW | | | |

NOTE: Significant quantities of epithelial cells will
be identified if they are not squamous cell types.

| -----* MISCELLANEOUS *------ | | | | | | |
|---|---|---|---|---|---|---|
| TSH | 6.370 HI | | 0.270-4.200 | uIU/mL | | |
| THYROXINE, FREE (FT4) | 1.57 | | 0.83-1.62 | ng/dL | | |
| 25OH, VITAMIN D | 6.7 LO | | 32.0-100.0 | ng/mL | | |

BioReference Laboratories, Inc.          James Weisberger, M.D.       Page 3 of  3
481 Edward H.Ross Drive | Elmwood Park, NJ 07407 |(800) 229-5227    Laboratory Director   Printed 05/20/2013 12:02